UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/10

PRO SE OFFICE

AROR ARK O'DIAH
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 3437 (LAP) ( )

- against -

DENISE A. CORSI, et al.,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF APPEAL
IN A CIVIL CASE —
ISSUES INVOLVING
ATTEMPTED MURDER
IN COLD BLOODED, IN OVERT,
UNDER COLOR OF STATE
LAW IS NOT FRIVILOUS.
BIA/PREJUDICE EXIST.**

Notice is hereby given that AROR ARK O'DIAH,
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

PURSUANT TO THE ORDER OF DISMISSAL ISSUED
*(describe the judgment)*

BY HONORABLE LORETTA A. PRESKA, CHIEF

JUDGE, DISMISSING THE COMPLAINT WITH PREJUDICE WITHOUT
LEAVE TO AMEND IN SYSTEMATIC ATTEMPT TO COVERUP JUDICIAL WRONGDOING

entered in this action on the 26th day of APRIL, 2010.
*(date)* *(month)* *(year)*

A. O'Diah. #07A2463
Signature
GOWANDA CORRECTIONAL FACILITY
P.O. BOX 311
Address

GOWANDA, NY 14070-0311
City, State & Zip Code

DATED: MAY 12, 2010   ( ) -
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___AROR ARK O'DIAH___
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

___DENISE A. CORSI, et al.,___

___10___ Civ. ___3437___ (__LAP__) (___)

AFFIRMATION OF SERVICE

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, ___AROR ARK O'DIAH___, declare under penalty of perjury that I have
       (name)
served a copy of the attached ___NOTICE OF APPEAL, REQUEST TO PROCEED IN FORMA PAUPERIS___
___ON APPEAL___
                                (document you are serving)
upon ___SEE LIST OF PERSON ATTACHED___ whose address is ___SEE LIST OF___
       (name of person served)
___ADDRESSES OF PERSONS SERVED ATTACHED___
                                (where you served document)
by ___REGULAR MAIL___
    (how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: ___GOWANDA___, ___NY___
         (town/city)    (state)

___MAY___ ___12___, 20___10___
(month)   (day)   (year)

Signature ___A. A. O'Diah___ #07A2463

Address ___GOWANDA CORRECTIONAL FACILITY___

City, State ___P.O. Box 311___

Zip Code ___GOWANDA, NY 14070-0311___

Telephone Number _____

Rev 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

AROR ARK O'DIAH,

        Plaintiff,

v.

DENISE A. CORSI, et al.,

        Defendants.
---------------------------------------x

NO. 10-CV-3437 (LAP)

DECLARATION UNDER 28 U.S.C. SECTIONS 1746 PROOF OF SERVICE OF NOTICE OF APPEAL, AND REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

STATE OF NEW YORK  ) ss:
COUNTY OF ERIE     )

I, AROR ARK O'DIAH, BEING DULY SWORN, DEPOSES AND DECLARES UNDER PENALTY OF PERJURY UNDER THE LAW OF THE UNITED STATES OF AMERICA PURSUANT TO 28 U.S.C. SECTIONS 1746, WHEN NOTARY PUBLIC IS NOT IMMEDIATELY AVAILABLE AND SAY THAT:

1. I, AROR ARK O'DIAH, PRO SE PLAINTIFF IN THE ABOVE-CAPTIONED CIVIL RIGHT ACTION, SERVED ON THE PERSONS WHOSE NAMES AND ADDRESSES APPEARED BELOW AND ON THE ATTACHED PAGES ON 5/12/10

NOTICE OF APPEAL FROM JUDGMENT ENTERED ON APRIL 26, 2010, WITH REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL,

AND MAIL TO:

1

a) DENISE A. CORSI, ESQ.,
b) APPELLATE ADVOCATES,
c) LYNN W.L. FAHEY, ESQ.
   2 RECTOR STREET
   NEW YORK, NY 10006

d) THE CITY OF NEW YORK
   ATTN: THE CITY OF NEW
   DEPARTMENT OF LAW
   100 CHURCH STREET
   NEW YORK, NY 10007

e) THE PORT AUTHORITY OF NY/NJ
   LAW DEPARTMENT
   225 PARK AVENUE SOUTH, 13TH FLR
   NEW YORK, NY 10003

f) HON. ANDREW CUOMO
   NYS ATTORNEY GENERAL
   NYS ATTORNEY GENERAL OFFICE
   120 BROADWAY - 24TH FLR
   NEW YORK, NY 10271

g) RICHARD BROWN, D.A. QUEENS COUNTY
h) JOSETTE SIMMONS-MCGHEE, ESQ. PROSECUTOR, QUEENS COUNTY
i) LAURA T. ROSS, ESQ. PROSECUTOR, QUEENS COUNTY
j) HEATHER NICOLETTI, ESQ., PROSECUTOR, QUEENS COUNTY
   QUEENS COUNTY D.A. OFFICE
   QUEENS COUNTY COURTHOUSE
   125-01 QUEENS BLVD. KEW GARDENS, NY 11415

2

j) DANIEL LIEBERSOHN, ESQ.
ATTORNEY AT LAW
45 BRAMBLEBROOK RD
ARDSLEY, NY 10502-2241

k) JUDGE LOPEZ
l) CRIMINAL COURT OF THE CITY OF NEW YORK AT THE COUNTY OF QUEENS
QUEENS COUNTY COURTHOUSE
125-01 QUEENS BLVD
KEW GARDENS, NY 11415

m) JUDGE SANDRA J. FEUERSTEIN
U.S. DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

n) JUSTICE ARTHUR COOPERMAN,
o) JUSTICE BARRY KRON,
p) JUSTICE GRIFFIN,
q) SUPREME COURT OF THE STATE OF NEW YORK AT THE COUNTY OF QUEENS
QUEENS COUNTY COURTHOUSE
125-01 QUEENS BLVD
KEW GARDENS, NY 11415

r) JUSTICE YVONNE LEWIS
SUPREME COURT OF THE STATE OF NEW YORK AT THE KINGS COUNTY
BROOKLYN, NY 11201

s) JUSTICE DAVID SULLIVAN
SUPREME COURT OF THE STATE OF NEW YORK AT NASSAU COUNTY.
NASSAU COUNTY COURTHOUSE, MINEOLA, NY 11501

3

t) NASSAU COUNTY
NASSAU COUNTY ATTORNEY OFFICE
1 WEST STREET
MINEOLA, NY 11501

u) SUPREME COURT APPELLATE DIVISION, 2ND JUDICIAL DEPARTMENT
45 MONROE PLACE
BROOKLYN, NY 11201

EXECUTED ON MAY 12, 2010, IN GOWANDA, IN ERIE COUNTY.

Respectfully Submitted By:

_A. A. O'Diah_

ATTY A. O'DIAH
#07A2463
GOWANDA CORR. FACILITY
P.O. BOX 311
GOWANDA, NY 14070-0311

4