# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 

---

**O'DIAH**

-v-

**CORSI, et al**

---

U.S.C.A. # _____

U.S.D.C. # __10 - cv - 3437__

JUDGE : __Loretta A. Preska__

DATE : __June 09, 2010__

## INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED JUN 09 2010 S.D. OF N.Y.*

**PREPARED BY (NAME) :** __THOMAS R. PISARCZYK__
**FIRM :** __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
**ADDRESS :** __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
**PHONE NO. :** __1(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** --------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

( √ ) **ORIGINAL RECORD**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 9TH Day of **June**, 2010

Rev. 4/28/10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| O'DIAH | U.S.C.A. # _____ |
| -v- | U.S.D.C. # __10 - cv - 3437__ |
| CORSI, et al | JUDGE: __Loretta A. Preska__ |
|  | DATE: __June 09, 2010__ |

## CLERK'S CERTIFICATE

I, Ruby J. Krajick, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ through ___, inclusive, constitutes the Original Record On Appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  | CLERK'S CERTIFICATE |
|  | SEE ATTACHED LIST OF NUMBERED DOCUMENTS |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 9TH Day of June, In this year of our Lord, Two Thousand and Ten, and the Independence of the United States this 234TH year.

Ruby J. Krajick, Clerk

By _____
Deputy Clerk

Rev. 4/28/10

APPEAL, CLOSED, PRO-SE, SUA-SPONTE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:10-cv-03437-LAP

O'Diah v. Corsi et al  
Assigned to: Judge Loretta A. Preska  
Demand: $9,999,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 04/26/2010  
Date Terminated: 04/26/2010  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2010 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Aror Ark O'Diah.(rdz) (Entered: 05/03/2010) |
| 04/26/2010 | 2 | COMPLAINT against Heather Nicolletti, Daniel Liebersohn, Lopez, Sandra J. Feuerstein, Arthur Cooperman, Barry Kron, Griffin, Yvonne Lewis, David Sullivan, Criminal Court of the City of New York at the County of Queens, Supreme Court of The State of New York at the County of Queens, Supreme Court of Appellate Division Second Judicial Department, Nassau County, Denise A. Corsi, Appellate Advocates, Lynn W.L. Fahey, The City of New York and New Jersey, Andrew Cuomo, Richard Brown, Josette Simmons-McGee, Laura T. Ross. Document filed by Aror Ark O'Diah.(rdz) (Entered: 05/03/2010) |
| 04/26/2010 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (rdz) (Entered: 05/03/2010) |
| 04/26/2010 | 3 | ORDER OF DISMISSAL, The Court grants plaintiff's application to proceed in forma pauperis but dismisses the complaint for the reasons set forth. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915 (a), is dismissed as frivolous, for failure to state a claim upon which relief may be granted and for asserting claims against parties immune from suit.Plaintiff is warned that continuing to file frivolous and duplicative action in this Court will result in an order barring the acceptance of any future complaints for filing without first obtaining leave of court to do so. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 4/26/10) (rdz) (Entered: 05/03/2010) |
| 04/26/2010 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed as frivolous, for failure to state a claim upon which relief may be granted and for asserting claims against parties immune from suit. 28 U.S.C. 1915(e)(2)(B)(i),(ii),(iii). Plaintiff is warned that continuing to file frivolous and duplicative action in this Court will result in an order barring the acceptance of any future complaints for filing without first obtaining leave of court to do so. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 4/26/10) (rdz) (Entered: 05/03/2010) |
| 05/25/2010 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Aror Ark O'Diah. (tp) (Entered: 06/08/2010) |
| 05/25/2010 |  | Appeal Remark as to 5 Notice of Appeal filed by Aror Ark O'Diah. $455.00 APPEAL FEE DUE. IFP REVOKED 4/26/10. (tp) (Entered: 06/08/2010) |
| 06/08/2010 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 06/08/2010) |
| 06/08/2010 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 06/08/2010) |