**MANDATE**

S.D.N.Y. - N.Y.C.
10-cv-3437
Preska, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of December, two thousand ten,

Present: José A. Cabranes,
Barrington D. Parker,
   *Circuit Judges*,
Edward Korman,*
   *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN. 06, 2011

Aror Ark O'Diah,

        *Plaintiff-Appellant*,

v.                                                     10-2345-pr

Denise A. Corsi, *et al.*,

        *Defendants-Appellees*.

Appellant, *pro se,* moves for leave to proceed *in forma pauperis,* to consolidate this appeal with his appeal in No. 10-2271-pr, and to vacate the underlying district court judgments in both appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Judge Edward Korman, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-CHL

MANDATE ISSUED ON 01/06/2011